IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BRIAN GRISHOM<br>*Plaintiff,*<br><br>v.<br><br>WILSON COUNTY, TENNESSEE,<br>SHERIFF ROBERT BRYAN,<br>and TURN KEY HEALTH CLINICS, LLC<br>*Defendants.* | No. 3:25-cv-01279<br><br>JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff and files this <u>Notice of Voluntary Dismissal Without Prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Respectfully submitted,

<u>s/ Wesley Clark</u>
Wesley Ben Clark, #32611
Sarah Mansfield #39476
Paul D. Randolph, #39667
BRAZIL CLARK, PLLC
760 East Argyle Ave
Nashville, TN 37203
615-730-8619
wesley@brazilclark.com
sarah@brazilclark.com
paul@brazilclark.com

## CERTIFICATE OF SERVICE

As of the filing of this document on November 7 2025, no defendant has been served with process pursuant to Fed. R. Civ. P. 4. A copy of this document, along with a copy of the Complaint and Summons, are being mailed to:

TK Health
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919-5546

Wilson County
C/O Randall Hutto
228 E Main Street
Lebanon, TN 37087

Sheriff Robert Bryan
105 East High Street
Lebanon, TN 37087


*s/ Wesley Clark*